UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CARLOS LOBATO ROMERO, | ) | |
| | ) | |
| Petitioner, | ) | 2:11-cv-00679-RLH-RJJ |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BRIAN WILLIAMS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner, a Nevada prisoner, has filed a second application for leave to proceed *in forma pauperis* (docket #4), which is granted.

The petition itself is unclear because petitioner has not set forth each ground for relief on the form, but refers generally to other attachments, including his state habeas petition. It is impossible for the court to decipher the grounds for relief for this federal petition. Accordingly, petitioner has thirty (30) days to complete a new federal petition for writ of habeas corpus on the court-approved form. Under each ground for relief, petitioner may either write out his factual allegations on the form or attach specific portions of his state habeas petition that apply to each ground. Petitioner must make it clear to the court what he alleges under each ground.

**IT IS THEREFORE ORDERED** that petitioner's application for leave to proceed *in forma pauperis* (docket #4) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall send to petitioner a blank petition for writ of *habeas corpus* form with instructions.

1       **IT IS FURTHER ORDERED** that petitioner has **thirty (30) days** to submit a new federal petition for writ of *habeas corpus* on the court-approved form. Petitioner is cautioned that failure to submit a new petition may result in this action being dismissed without prejudice.

DATED this ___20th___ day of _____June_____, 2011.

_____
UNITED STATES DISTRICT JUDGE

2